■ LISA J. RIPICH, Appellant-Respondent, v GREGORY G. RI-PICH, Respondent- Appellant. [65 NYS3d 849]—Appeal and cross appeal from an order of the Supreme Court, Onondaga County (Martha E. Mulroy, A.J.), entered June 15, 2016. The order, among other things, granted that part of defendant's motion for a downward modification of his maintenance and child support obligations and imputed certain income to defendant.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2016 NY Slip Op 51901[U]). Present—Whalen, P.J., Smith, Lindley, NeMoyer and Troutman, JJ.